1  M. JEFFERY KALLIS, Attorney (#190028)
   The Law Firm of Kallis & Associates
2  333 W. San Carlos, Suite 800
   San Jose, CA 95110
3  Telephone Number: (408) 971-4655
   Facsimile Number:  (408) 971-4644
4  E-Mail Address:  Jeff_Kallis@Kallislaw.com

5  IGNASCIO G. CAMARENA II, Attorney (#220582)
   Bustamante, O'Hara & Gagliasso, P.C.
6  333 W. San Carlos Street, 8th Floor
   San Jose, CA  95110
7  Telephone Number: (408) 977-1911
   Facsimile Number:  (408) 977-0746
8  E-Mail Address:  icamarena@loboinc.com

9  Attorneys for Plaintiffs

10

11 RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
   MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
12 Office of the City Attorney
   200 East Santa Clara Street
13 San José, California  95113-1905
   Telephone Number: (408) 535-1900
14 Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
15
   Attorneys for City Defendants
16

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

17                    UNITED STATES DISTRICT COURT
18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

20 THERESE ARIZMENDI; BABY                    Case Number: C-08-05163 JW
   ARIZMENDI, a minor, by and through his
21 mother THERESE ARIZMENDI,                  **STIPULATION AND [PROPOSED]
                                              ORDER MODIFYING SCHEDULING
22                Plaintiffs,                 ORDER**

23         v.

24 CITY OF SAN JOSE, et al.,

25                Defendants.

26

27    Plaintiffs and Defendants in the above-entitled matter hereby stipulate, and

28 respectfully request that the Court adopt the following proposed modifications to the

- 1 -

- 2 -

Court's Scheduling Order filed on March 6, 2009. The parties request the following proposed modifications:

1. Close of all discovery: Extended from October 21, 2009 to December 21, 2009;

2. Last date for hearing dispositive motions: Extended from December 21, 2009 to March 1, 2010 (60 days from December 21, 2009 falls on a Court Holiday);

3. Preliminary Pretrial Conference rescheduled to 11:00 a.m. on November 23, 2009;

4. Preliminary Pretrial Conference Statements: November 13, 2009.

It is also the parties' stipulation, and request, that all remaining deadlines, including the deadline for disclosure of expert witnesses, rebuttal expert witnesses as well as filing any objection to proposed testimony of expert witnesses also be extended in accordance with the proposed modifications above.

The reason for this request is that the husband of Plaintiff, Therese Arizmendi, has pending criminal charges arising out of the incident which forms the basis of this lawsuit. Defendants' counsel has not taken his deposition to date due to the fact that it is anticipated that most, if not all questions directed to him will be responded to with the invocation of his fifth amendment privilege against self incrimination. Accordingly, any deposition of the Plaintiff's husband until the criminal charges are resolved would be essentially useless. Defendants counsel has attempted to ascertain the status of the pending criminal charges, including by inquiring of Plaintiff's counsel. However, as of the date of this stipulation, that information has not been received. In addition, there are numerous Defendant police officers and it is anticipated that Plaintiffs' counsel will be requesting the depositions of most, if not all, of the Defendant police officers. It will therefore be extremely difficult to complete the remaining discovery prior to the discovery

/ / / / /

/ / / / /

1 cutoff deadline set forth in the Court's Scheduling Order.  The parties therefore request
2 that the Court adopt the proposed modifications to the Scheduling Order set forth above
3 and enter an Order thereon.

Respectfully submitted,

6 Dated:  August _____, 2009

By: _____
     M. JEFFERY KALLIS

Attorney for Plaintiffs

10 Dated:  August _____, 2009

By: _____
     IGNASCIO CAMARENA, II

Attorney for Plaintiffs

13 Dated:  August _____, 2009     RICHARD DOYLE, City Attorney

By: _____/s/_____
     MICHAEL J. DODSON
     Sr. Deputy City Attorney

Attorney for Defendants

19 / / / / /
20 / / / / /
21 / / / / /
22 / / / / /
23 / / / / /
24 / / / / /
25 / / / / /
26 / / / / /
27 / / / / /
28 / / / / /

1  **ORDER**

2  The Court, having considered the Stipulation of the parties, and good cause
3  appearing:

4  **IT IS HEREBY ORDERED** that the Court's Scheduling Order filed on March 6, 2009
5  is modified as follows:

6  1. Close of all discovery:  December 21, 2009
7  2. Last day for hearing dispositive motions:  **February 22, 2010 at 9 a.m.**
8  3. Preliminary Pretrial Conference:  **November 16, 2009 at 11 a.m.**
9  4. Preliminary Pretrial Conference Statements:  **November 6, 2009**
10 5. In addition, the deadlines for Disclosure of Expert Witnesses, Disclosure of
11    Rebuttal Expert Witnesses, and Objections to Proposed Testimony of an
12    Expert are also hereby modified in accordance with the modified dates.
13 **IT IS SO ORDERED.**

19 Dated: September 1, 2009

_____
HONORABLE JAMES WARE
United States District Court Judge