IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Therese Arizmendi, et al., | NO. C 08-05163 JW |
| Plaintiffs, | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| City of San Jose, et al., | |
| Defendants. | |

This case is scheduled for a Preliminary Pretrial Conference on March 29, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (hereafter, "Statement," Docket Item No. 64.) In their Statement, Defendants represent that they intend to file a Motion for Summary Judgment[1] on the issue of whether the officer Defendants have qualified immunity as to Plaintiffs' Section 1983 claim. (Statement at 10.) In light of the anticipated dispositive motion, the Court finds that a Preliminary Pretrial Conference would be premature at this time. Accordingly, the Court VACATES the Preliminary Pretrial Conference.

The Court will set a new Conference date, if necessary, in its order addressing the anticipate motion for summary judgment.

Dated: March 24, 2010

JAMES WARE
United States District Judge

---

[1] The parties shall take note that the Court's remaining law and motion hearing dates through the Spring are quickly filling up. Any party wishing to file a dispositive motion shall do so expeditiously to meet the Case Schedule's deadline for filing such motions.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew Vinson Stearns astearns@boglawyers.com
Daisy M. Nishigaya Daisy.Nishigaya@sanjoseca.gov
Ignascio Gallegos Camarena igc@dimalantaclark.com
Joseph P. DiCiuccio cao.main@sanjoseca.gov
M. Jeffery Kallis M_J_Kallis@Kallislaw.org
Michael J. Dodson cao.main@sanjoseca.gov
Steven Michael Berki sberki@loboinc.com


**Dated:  March 24, 2010**                                    **Richard W. Wieking, Clerk**


                                                              **By:    /s/ JW Chambers            **
                                                                       **Elizabeth Garcia**
                                                                       **Courtroom Deputy**