M. Jeffery Kallis, SBN 190028
**THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, CA 95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644
M_J_Kallis @Kallislaw.org

Andrew V. Stearns, SBN 164849
Steven M. Berki, SBN 245426
**BUSTAMANTE, O'HARA & GAGLIASSO, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
astearns@boglawyers.com
sberki@boglawyers.com

Attorneys for Plaintiffs
**MS. THERESE ARIZMENDI; and
BABY ARIZMENDI**

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
5/5/2010

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **THERESE ARIZMENDI**, et al., </br> </br> Plaintiffs, </br> </br> vs. </br> </br> **CITY OF SAN JOSE**, et al., </br> </br> Defendants. | Case No. CV 08-05163 JW </br> </br> **STIPULATION FOR ORDER PARTIALLY MODIFYING SCHEDULING ORDER; AND ORDER** </br> </br> </br> </br> Complaint filed November 13, 2008 </br> Pre-Trial Conference Date: None </br> (Docket No. 72) </br> Trial Date: None |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES

through their counsel of record as follows:

WHEREAS, fact discovery in this matter is currently set to close on April 26, 2010;

WHEREAS, the last day for experts to exchange reports is currently set for May 3, 2010 (Docket No. 56);

WHEREAS, the parties require additional time to complete the depositions of fact witnesses;

WHEREAS experts will not be in possession of all facts necessary to prepare complete expert reports until after all fact witness depositions are completed;

THEREFORE, the parties have stipulated and agreed to the following modifications to the Scheduling Order:

1. Plaintiffs shall have until May 14 to complete the deposition of defendants Immobersteg, Miri, and Delosantos;

2. Plaintiffs shall have until May 14 to complete the FRCP 30(b)(6) deposition regarding Internal Affairs.  Defendants do not waive any right to object to this deposition, other than timeliness which is waived;

3. Plaintiffs shall have until May 14 to complete the FRCP 30(b)(6) regarding

    (a) Implementation, modification and oversight of policies, procedures and customs of the San Jose Police Department (SJPD) regarding hostage situations as set forth in section L1400, et seq. of the 2007 SJPD Duty Manual from January 1, 2005 to the present.

    (b) Implementation, modification and oversight of policies, procedures and customs of the San Jose Police Department (SJPD) regarding barricaded suspects as set forth in section L1500, et seq. of the 2007 SJPD Duty Manual from January 1, 2005 to the present.

    (c) Implementation, modification and oversight of policies, procedures and

customs of the San Jose Police Department (SJPD) regarding detention and arrest as set forth in section L2800, et seq. of the 2007 SJPD Duty Manual, including but not limited to arrests without a warrant at a private dwelling (L2819), warrantless arrests of others in private dwellings (L2820), obtaining an emergency warrant (L2823) from January 1, 2005 to the present.

(d) Implementation, modification and oversight of policies, procedures and customs of the San Jose Police Department (SJPD) regarding warrants/subpoenas/court orders – obtaining and serving search warrants as set forth in section L3800, et seq. of the 2007 SJPD Duty Manual from January 1, 2005 to the present.

(e) Implementation, modification and oversight of policies, procedures and customs of the San Jose Police Department (SJPD) regarding search and seizure as set forth in section L4800, et seq. of the 2007 SJPD Duty Manual from January 1, 2005 to the present.

(f) Implementation, modification and oversight of policies, procedures and customs of the San Jose Police Department (SJPD) regarding warrantless searches as set forth in section L4900, et seq. of the 2007 SJPD Duty Manual from January 1, 2005 to the present.

(g) Implementation, modification and oversight of policies, procedures and customs of the San Jose Police Department (SJPD) regarding plain-view seizures as set forth in section L5000, et seq. of the 2007 SJPD Duty Manual from January 1, 2005 to the present.

(h) Implementation, modification and oversight of policies, procedures and

customs of the San Jose Police Department (SJPD) regarding cursory searches as set forth in section L5100, et seq. of the 2007 SJPD Duty Manual from January 1, 2005 to the present.

(i) Implementation, modification and oversight of policies, procedures and customs of the San Jose Police Department (SJPD) regarding warrantless searches and seizure of vehicles as set forth in section L5200, et seq. of the 2007 SJPD Duty Manual from January 1, 2005 to the present.

(j) Implementation, modification and oversight of policies, procedures and customs of the San Jose Police Department (SJPD) regarding interagency coordination – court procedures as set forth in section L1600, et seq. of the 2007 SJPD Duty Manual, including but not limited to, reporting whether evidence was suppressed at court hearings as a result of an improper search and/or seizure, and the procedures for tracking the results of court cases where officers testify from January 1, 2005 to the present.

Defendants do not waive any right to object to this deposition, other than timeliness which is waived.

4. Defendants shall have until May 14 to complete the deposition of Alexander Arizmendi.

5. Plaintiffs shall have until May 14, 2010 to provide defendants with the answers to the deposition question the guardian of Baby Arizmendi did not answer in accordance with the Court Order (Docket No. 96), by either a continued deposition, or by written answers under oath, either of which shall include the authorized ordered to be provided by the Court.

6. The due date for expert reports shall be extended to June 1, 2010.

7. Expert depositions shall be completed by June 15, 2010.

DATED:                    **THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**

By: _____/s/_____
M. JEFFERY KALLIS, attorneys for
**Plaintiffs THERESE ARIZMENDI and
BABY ARIZMENDI**

DATED:                    **BUSTAMANTE, O'HARA & GAGLIASSO, PC**

By: _____/s/_____
ANDREW V. STEARNS
STEVEN M. BERKI, attorneys for
**Plaintiffs THERESE ARIZMENDI and
BABY ARIZMENDI**

DATED:                    **SAN JOSE CITY ATTORNEY'S OFFICE**

By: _____/s/_____
MICHAEL DODSON, attorneys for
**Defendants**

<u>IT IS SO ORDERED AS MODIFIED</u>

    All other deadlines shall remain unchanged.  Defendants' Ex Parte Application re Modifying Scheduling Order is found as MOOT in light of the parties' stipulation.

DATED: May 5, 2010

By: _____*James Ware*_____
HON. JAMES WARE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA