1  RICHARD DOYLE, City Attorney #88625
   NORA FRIMANN, Chief Trial Attorney #93249
2  MICHAEL J. DODSON, Sr. Deputy City Attorney #159743
   MICHAEL R. GROVES, Sr. Deputy City Attorney #85620
3  DAISY M. NISHIGAYA, Deputy City Attorney #86614
   Office of the City Attorney
4  200 East Santa Clara Street
   San José, California  95113-1905
5  Phone: (408) 535-1900
   Fax:    (408) 998-3131
6  E-Mail: CAO.Main@sanjoseca.gov

7  Attorneys for Defendants,
   CITY OF SAN JOSE, CHIEF DAVIS, OFFICER DELOSSANTOS, OFFICER
8  COOK, OFFICER MIRI, OFFICER SIT, OFFICER KURRLE, OFFICER ORDAZ,
   OFFICER LUTTICKEN, OFFICER PARENTE, OFFICER VAUGHN, SGT.
9  BOYLE, SGT. IMOBERSTEG, SGT. BENNETT, and SGT. PATE

10 M. Jeffery Kallis, SBN 190028
   THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.
11 333 W. San Carlos St., 8th Floor
   San Jose, CA 95110
12 Phone: (408) 971-4655
   Fax:    (408) 971-4644
13 E-Mail: M_J_Kallis @Kallislaw.org

14 Andrew V. Stearns, SBN 164849
   Steven M. Berki, SBN 245426
15 BUSTAMANTE, O'HARA & GAGLIASSO, P.C.
   333 W. San Carlos St., 8th Floor
16 San Jose, California  95110
   Phone: (408) 977-1911
17 Fax:    (408) 977-0746
   E-Mail: astearns@boglawyers.com
18 E-Mail: sberki@boglawyers.com

19 Attorneys for Plaintiffs,
   THERESE ARIZMENDI and BABY ARIZMENDI
20

*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware
5/24/2010

21                UNITED STATES DISTRICT COURT

22          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

23 | THERESE ARIZMENDI, et al.,        | Case Number: C08-05163 JW
24 |         Plaintiffs,               | **STIPULATION AND [PROPOSED] ORDER MODIFYING DATE FOR**
25 |    v.                             | **DEFENDANTS' DISPOSTIVE MOTION**
26 | CITY OF SAN JOSE, et al.,         | Complaint filed November 13, 2008
27 |         Defendants.               | Pre-Trial Conference Date: None
                                        (Docket No. 72)
28                                      Trial Date: None

1

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES through their counsel of record as follows:

WHEREAS, fact discovery in this matter is currently set to close on May 14, 2010 per the Court's Order Partially Modifying Scheduling Order (E-Pacer Docket Entry 103);

WHEREAS, the due date for expert reports has been extended to June 1, 2010 (E-Pacer Docket Entry 103);

WHEREAS, the expert depositions are set to be completed by June 15, 2010 (E-Pacer Docket Entry 103);

WHEREAS, the final date for hearing dispositive motions was previously set by the Court for June 21, 2010, but was not adjusted in the most recent Scheduling Order modification (E-Pacer Docket Entry 46);

WHEREAS, the final date for filing dispositive motions, including Motions for Summary Judgment/Adjudication is thirty-five (35) days prior to the hearing date pursuant to Northern District Civil Local Rules and Federal Rules of Civil Procedure and the defendants have prepared and are ready to file a Motion for Summary Judgment by May 17, 2010 pursuant to the current Scheduling Order;

WHEREAS, no trial date has been currently set by the Court;

WHEREAS experts reports and depositions will not have taken place by the date required for parties Motions for Summary Judgment/Adjudication, the parties request an extension of the dispositive motion date for defendants' Motion for Summary Judgment so the Court may have before it, expert reports and other information necessary to decide the Motion for Summary Judgment/Adjudication;

THEREFORE, the parties have stipulated and agreed to the following modifications to the Scheduling Order and seek this Court's approval of the same:

1. Defendants shall have until July 30, 2010 to file a dispositive motion with a hearing date of September 16, 2010, all Opposition and Reply papers shall be filed in conformance with the dates prescribed by Northern District Local Rule 7-3;

2

Stipulation and [Proposed] Order Modifying Date                                         C08-05163 JW
for Defendants' Dispositive Motion                                                      657986

2. In the alternative, should the Court not issue an Order by Monday, May 17, 2010 and defendants file their Motion for Summary Judgment on that date, plaintiffs shall have until July 26, 2010 to file their Opposition to Motion for Summary Judgment, with defendants' Reply due August 2, 2010 and a hearing date on the Motion of August 16, 2010.

DATED: May 14, 2010            THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.

                               By: _____/s/ M. Jeffery Kallis_____
                                        M. JEFFERY KALLIS, ESQ.

                               Attorneys for Plaintiffs,
                               THERESE ARIZMENDI and BABY ARIZMENDI

DATED: May 14, 2010            BUSTAMANTE, O'HARA & GAGLIASSO, PC

                               By: _____/s/ Steven M. Berki_____
                                        ANDREW M. STEARNS, ESQ.
                                        STEVEN M. BERKI, ESQ.

                               Attorneys for Plaintiffs,
                               THERESE ARIZMENDI and BABY ARIZMENDI

DATED: May 14, 2010            RICHARD DOYLE, City Attorney

                               By: _____/s/ Michael R. Groves_____
                                        MICHAEL R. GROVES, Sr. Deputy City Attorney

                               Attorneys for Defendants,
                               CITY OF SAN JOSE, CHIEF DAVIS, OFFICER
                               DELOSSANTOS, OFFICER COOK, OFFICER
                               MIRI, OFFICER SIT, OFFICER KURRLE,
                               OFFICER ORDAZ, OFFICER LUTTICKEN,
                               OFFICER PARENTE, OFFICER VAUGHN,
                               SGT. BOYLE, SGT. IMOBERSTEG, SGT.
                               BENNETT, and SGT. PATE

**ORDER**

The Court continues the Motion for Summary Judgment (Docket Item No. 105) from June 21, 2010 to **October 25, 2010 at 9:00 AM.** Plaintiffs'shall file their Opposition on or before **August 30, 2010.** Defendants'shall file their reply briefs on or before **September 20, 2010.** Plaintiffs'Letter re supplemental request to alter Motion for Summary Judgment hearing date and response dates (Docket Item No. 109) is found as MOOT.

Date: May 24, 2010

_____
United States District Judge