M. Jeffery Kallis, SBN 190028
**THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, CA 95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644
M_J_Kallis@Kallislaw.org

Andrew V. Stearns (SBN 164849)
**BUSTAMANTE O'HARA & GAGLIASSO**
333 W San Carlos St Ste 800
San Jose, CA 95110
Telephone (408) 977-1911
Facsimile (408) 977-0746
astearns@loboin.com
Attorneys for Plaintiffs
**MS. THERESE ARIZMENDI; and
BABY ARIZMENDI**

*IT IS SO ORDERED*
*Judge James Ware*
9/2/2010

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **THERESE ARIZMENDI**, et al., | Case No.CV 08-05163 JW |
| Plaintiffs, | **Stipulation for Plaintiffs' Dismissal Of Sgt. Pate As A Defendant In This Action.** |
| vs. | |
| **CITY OF SAN JOSE**, et al., | Date: |
| | Time: |
| Defendants. | |

The Parties to this action herein stipulate to Plaintiffs' dismissal of Sgt. Pate as a defendant.

Dated August 24, 2010,                          The Law Firm of Kallis & Assoc.


                                                _____/S/_____
                                                M. Jeffery Kallis
                                                Attorney for the Plaintiffs

Dated: August     , 2010

_____/s/_____
Michael Dodson
Senior Deputy City Attorney
Office of the City Attorney
City of San Jose CA