IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Therese Arizmendi et al, | NO. 5:08-cv-05163-EJD |
| Plaintiff(s), <br> v. <br> City of San Jose et al, <br> Defendant(s). | **ORDER SETTING DATE FOR HEARING RENEWED MOTION FOR SUMMARY JUDGMENT; SETTING PRETRIAL CONFERENCE** |

On April 25, 2011 the case was transferred to this Court for all purposes (See Docket Item No. 138). The parties timely filed their joint case management conference statement and requested the Court set a hearing on the Defendants' Renewed Motion for Summary Judgment (See Docket Item No. 139). The parties previous deadline for hearing dispositive motions was extended to June 27, 2011. On May 25, 2011, Defendants contacted the Court and secured a hearing date of **December 2, 2011 at 9:00 a.m.** According to the Court's availability this was the first date for hearing a summary judgment motion. Given the age of the case and the request of the parties' for hearing the renewed summary judgment motion, the Court sets the following briefing schedule:

(1) Deadline to file Renewed Motion for Summary Judgment on or before **October 28, 2011,**

(2) Deadline for Plaintiffs' to file an Opposition to the Motion on or before **November 11, 2011,**

(3) Deadline for Defendants' to file a reply to the Motion due on or before **November 18, 2011,**

(4) Pretrial Conference set for **December 2, 2011 at 11:00 a.m.,**

(5) Joint Pretrial Conference Statement due on or before **November 22, 2011.**

//

//

None of the dates set in this Order may be changed without an order of the Court made after a motion is filed pursuant to the Civil Local Rules of Court.

**IT IS SO ORDERED.**

Dated: August 16, 2011



EDWARD J. DAVILA
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew Vinson Stearns astearns@boglawyers.com
Daisy M. Nishigaya Daisy.Nishigaya@sanjoseca.gov
Ignascio Gallegos Camarena igc@dimalantaclark.com
Joseph P. DiCiuccio cao.main@sanjoseca.gov
M. Jeffery Kallis M_J_Kallis@Kallislaw.org
Michael J. Dodson cao.main@sanjoseca.gov
Michael R. Groves CAO.Main@sanjoseca.gov
Steven Michael Berki sberki@loboinc.com

**Dated: August 16, 2011**                    **Richard W. Wieking, Clerk**

                                              **By:    /s/ EJD Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**

United States District Court
For the Northern District of California

3
NO. C 08-05163 EJD
ORDER SETTING DATE FOR HEARING RENEWED MOTION FOR SUMMARY JUDGMENT; SETTING PRETRIAL CONFERENCE