M. Jeffery Kallis, SBN 190028
THE LAW FIRM OF **KALLIS** & ASSOCIATES p.c.
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644
M_J_Kallis@Kallislaw.org

Andrew V. Stearns, SBN 164849
Steven M. Berki, SBN 245426
Gaurav D. Sharma, SBN 269123
**BUSTAMANTE ♦ O'HARA ♦ GAGLIASSO, PC**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
astearns@boglawyers.com
sberki@boglawyers.com
gsharma@boglawyers.com

Attorneys for Plaintiffs

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward J. Davila*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT
# SAN JOSE DIVISION

| | |
|---|---|
| **THERESE ARIZMENDI,** et al., </br> Plaintiffs, </br> vs. </br> **CITY OF SAN JOSE,** et al., </br> Defendants. | Case No. 5:08-CV-05163  EJD </br></br> STIPULATION AND ORDER STAYING ACTI0N FOR 50 DAYS AND re-setting dates at a CMC TO BE SET AFTER THE 50 DAY STAY </br></br> Demand for Jury Trial |

   Whereas Plaintiff's Counsel has sent a Confidential Letter to the Court setting forth his current medical condition and requesting a 50 day stay in all proceedings, including hearings, discovery and motions;

   Whereas, Plaintiff's Counsel has contacted the attorneys for the defendants by e-mail and/or

telephone and advised them of the need for a stay and the fact that Plaintiffs' counsel will be having invasive surgery and then rehabilitation, defendants have agreed to stay all aspects of the action for 50 days from the 13th of January, 2012 until March 6, 2012.

Whereas, the medical condition of the Plaintiff's counsel will be determinable on or before the 6th of March, 2012, the parties agree that if a further stay is required, for medical reason, they will so stipulate at that time.

DATED: January 11, 2012        THE LAW FIRM OF *KALLIS* & ASSOCIATES p.c.

By:     /s/
        M. Jeffery Kallis
        Plaintiff

DATED:  January 11, 2012        BUSTAMANTE O'HARA & GAGLIASSO, PC

By:     /s/
        ANDREW V. STEARNS
        STEVEN M. BERKI
        Plaintiff

DATED:  January 11, 2012        SAN JOSE CITY ATTORNEY'S OFFICE

By:     /s/
        DAISY NISHIGAYA
        For Defendant

Good Cause showing all current dates, hearings and activities are stayed until March 6, 2012, save for any obligations imposed by this order.
The motion hearing and Preliminary Pretrial Conference scheduled for January 13, 2012, are VACATED. This action is scheduled for a Status Conference on March 2, 2012, at 10:00 a.m. The parties shall file a Joint Status Conference Statement on or before February 24, 2012, which provides, inter alia, an update as to the status of the case as well as a proposal for rescheduling the motion hearing and Preliminary Pretrial Conference.

IT IS SO ORDERED.

DATED: January 12, 2012

_____
EDWARD J. DAVILA
United States District Judge