IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERESE ARIZMENDI, et. al.., | CASE NO. 5:08-cv-05163 EJD |
| Plaintiff(s), | **ORDER FOR COMPLIANCE WITH PRIOR COURT ORDER** |
| v. | |
| CITY OF SAN JOSE, et. al., | |
| Defendant(s). | |

The above-entitled action is scheduled for a Status Conference on March 2, 2012. As part of the order which scheduled the conference and stayed the case until March 6, 2012, the court required the parties to file, on or before February 24, 2012, a Joint Status Conference Statement which provides, inter alia, an update as to the status of the case as well as a proposal for rescheduling the previously-vacated motion hearing and Preliminary Pretrial Conference. See Docket Item No. 154. To date, the parties have filed to comply as directed.

Accordingly, the parties are directed to file a Joint Status Conference Statement which complies with the court's prior order no later than **4:00 p.m. on February 29, 2012.** The parties are advised that the court will vacate the Status Conference, will not extend the stay, and will set a schedule without the parties' input should they again fail to comply.

**IT IS SO ORDERED.**

Dated: February 28, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:08-cv-05163 EJD
ORDER FOR COMPLIANCE WITH PRIOR COURT ORDER