IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERESE ARIZMENDI, et. al.,<br><br>　　　　　　　Plaintiff(s),<br>　v.<br><br>CITY OF SAN JOSE, et. al.,<br><br>　　　　　　　Defendant(s). | CASE NO. 5:08-cv-05163 EJD<br><br>**ORDER RE: APPEARANCE AT HEARING ON ORDER TO SHOW CAUSE**<br><br>[Docket Item No(s). 157] |

On February 29, 2012, this court issued an Order to Show Cause after being notified that the parties had reached a settlement of this action. See Docket Item No. 157. The court also scheduled a hearing on the Order to Show Cause for May 4, 2012, at 9:00 a.m. as well as a deadline for the filing of a Joint Statement in the event the settlement was not finalized prior to that date.

This action has not been dismissed and the parties failed to file the Joint Statement as directed. Moreover, Plaintiff's counsel of record has filed a Motion to Withdraw. See Docket Item No. 158. Accordingly, the court orders that (1) Plaintiff Therese Arizmendi, (2) Plaintiff's current counsel of record, and (3) counsel for Defendants shall each appear personally at the hearing on May 4, 2012. Plaintiff's counsel shall notify Plaintiff of her obligation to appear.

**IT IS SO ORDERED.**

Dated: May 2, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　United States District Judge