IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERESE ARIZMENDI, et. al., | CASE NO. 5:08-cv-05163 EJD |
| Plaintiff(s), | **ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE; SCHEDULING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| CITY OF SAN JOSE, et. al., | |
| Defendant(s). | |

Good cause appearing therefor and pursuant to ADR Local Rule 7-2, this case is referred to Magistrate Judge Paul S. Grewal for a settlement conference to occur no later than **February 8, 2013.** The parties are instructed to contact Judge Grewal's Courtroom Deputy to arrange a date for the conference.

The court schedules this case for a Preliminary Pretrial Conference on **January 11, 2013, at 11:00 a.m.** On or before **January 4, 2013**, the parties shall file either one Joint Preliminary Pretrial Conference Statement or separate statements as provided by Civil Local Rule 16-9(a). The parties are referred to this court's Standing Order re Pretrial Preparation, a copy of which is available from the Clerk of the Court and is accessible for the court's website, www.cand.uscourts.gov, by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re Pretrial Preparation."

**IT IS SO ORDERED.**

Dated: November 9, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:08-cv-05163 EJD
ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE; SCHEDULING
PRELIMINARY PRETRIAL CONFERENCE