RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
STEVEN B. DIPPELL, Sr. Deputy City Attorney (121217)
DAISY M. NISHIGAYA, Deputy City Attorney (186614)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants, OFFICER LUTTICKEN and OFFICER VAUGHN

THERESE ARIZMENDI
PO BOX 731560
San José, California 95173

Plaintiff In Pro Per

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THERESE ARIZMENDI *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN JOSE, *et al*, <br><br> Defendants. | Case Number: C-08-05163 EJD <br><br> **STIPULATION OF DISMISSAL** <br><br> (Fed R Civ P 41(a)(1)) |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between Plaintiff Therese Arizmendi and all Defendants who have appeared in this action, as follows:

1. This action was commenced on or about November 13, 2008.

2. The action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. This action is hereby dismissed, in its entirety, with prejudice.

4. Each party is to bear their own costs and attorneys' fees.

Dated: January 7, 2013

THERESE ARIZMENDI
Plaintiff

DATED: January 7, 2013

RICHARD DOYLE, City Attorney

By: _____
DAISY M. NISHIGAYA
Deputy City Attorney

Attorneys for Defendants OFFICER LUTTICKEN and OFFICER VAUGHN

IT IS SO ORDERED

The Clerk shall close this file.
Dated: February 7, 2013

_____
United States District Judge Edward J. Davila

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of SANTA CLARA

On JAN. 17 2013 before me, RUTH HALTON, NOTARY PUBLIC,
       Date                              Here Insert Name and Title of the Officer

personally appeared THERESE ARIZMENDI
                          Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Ruth Halton_
              Signature of Notary Public

RUTH HALTON
Commission # 1849556
Notary Public - California
Santa Clara County
My Comm. Expires Jun 13, 2013

Place Notary Seal Above

──────── OPTIONAL ────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: STIPULATION OF DISMISSAL

Document Date: JANUARY 17, 2013    Number of Pages: 2

Signer(s) Other Than Named Above: DAISY M. NISHIGAYA

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☒ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5907    Reorder: Call Toll-Free 1-800-876-6827

## PROOF OF SERVICE

CASE NAME: *Arizmendi, et al. v. City, et al.*

CASE NO.: C-08-05163 EJD

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On February 5, 2013, I caused to be served the within:

**STIPULATION OF DISMISSAL**
**(Fed R Civ P 41(a)(1))**

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Ms. Therese Arizmendi
P.O. Box 731560
San Jose, CA 95173

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 5, 2013, at San Jose, California.

Monica Ibarra